

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KEIRRA HILL                                                                                                           PLAINTIFF

vs.                                                          CIVIL ACTION NO.: 5:24-cv-18-KS-BWR

FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN                                               DEFENDANT

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY, this cause came before this Court on the joint *ore tenus* motion to dismiss of the Plaintiff and the Defendant and the Court being advised that all issues existing between the Plaintiff and the Defendant have been resolved, it is the opinion of the Court that the motion to dismiss this case should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this cause be, and hereby is, dismissed with prejudice as to any and all claims by Plaintiff against Defendant with each party to bear their own costs.

SO ORDERED, this, the __20th__ day of __August__, 2024.

_____
U.S. DISTRICT COURT JUDGE

AGREED AND APPROVED:

/s/ Michael E. Keyton
Michael E. Keyton, Esq. (MSB #9501)
ATTORNEY AT LAW
P.O. Box 686
Port Gibson, MS 39150
Telephone: (601) 437-3322
Facsimile: (601) 437-0088
michaelkeyton@keytonlaw.com
michaelkeyton1911@gmail.com

ATTORNEY FOR PLAINTIFF

/s/ Kenna L. Mansfield, Jr.
Kenna L. Mansfield, Jr. (MSB #1855)
WELLS MARBLE & HURST, PLLC
P.O. Box 131
Jackson, MS 39205-0313
Telephone: (601) 605-6900
Facsimile: (601) 605-6901
kmansfield@wellsmarble.com

ATTORNEY FOR DEFENDANT